SPENCER L. HAINES, RECEIVER FOR THE MOUNT HOLLY NATIONAL BANK, A CORPORATION, PLAINTIFF-APPELLANT, v. FLOYD TOWNSEND, DEFENDANT-APPELLEE.

Submitted February 14, 1936—Decided May 14, 1936.

For the plaintiff-appellant, *Ralph W. Haines.*

For the defendant-appellee, *John H. Hutchinson.*

PER CURIAM.

The record before us discloses no grounds of appeal as required by our rules. The appeal, therefore, will be dismissed.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.